No. 03-7900. NELSON v. JOHNSON, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 03-7901. COLE v. BENEFIT COORDINATORS CORP. ET AL. C. A. 3d Cir. Certiorari denied. 

No. 03-7903. FLYNN v. MORGAN, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 03-7906. IVORY v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 03-7907. HUNT v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, ET AL. C. A. 5th Cir. Certiorari denied. 

No. 03-7908. GOXEM v. HOWES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03-7909. GONZALES v. TEXAS. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 03-7911. INZUNZA v. SCHRIRO, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 03-7912. SHABAZZ v. MARILLO ET AL. C. A. 3d Cir. Certiorari denied. 

No. 03-7914. HOFFMAN v. JONES, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied. 

No. 03-7917. GUERRA v. ADAMS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03-7918. IBARRA v. LEWIS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03-7919. GOODMAN v. ABRAHAM ET AL. C. A. 4th Cir. Certiorari denied. 

No. 03-7920. HAWKINS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.